# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

__Newport News__ Division

**In re** Heather Marie Parks                                   Case No. 21-50247-FJS

          **Debtor(s)**                                   Chapter 13

          **Plaintiff(s)**                                   AP No. *[If applicable]*

v.

          **Defendant(s)**

## ORDER STRIKING PLEADING

A Amended Schedule C_____, having been filed by Heather Marie Parks_____, on _____03/26/2021_____, and proponent having failed to timely cure the deficiencies as set forth in the

Notice of Filing Deficiency pursuant to the provisions of LBR 5005-1(E)

it is, therefore

    **ORDERED** that the above pleading(s) is/are stricken from the record in the above-referenced case or adversary proceeding.

                                    WILLIAM C. REDDEN
                                    Clerk of Court

Date: April 13, 2021                         By /s/ Mozelle K. Jones_____
                                                      Deputy Clerk

                                                  NOTICE OF JUDGMENT OR ORDER
                                                  ENTERED ON DOCKET April 13, 2021_____

[ostrkpldg ver. 12/09]